1  JOSEPH ARTHUR ROBERTS
   California bar No. 156180
2  Law Office of J. Arthur Roberts
   3345 Newport Boulevard
3  Suite 213
   Newport Beach, CA  92663
4  Telephone: (949) 675-9900
   Fax:       (888) 989-9309
5  Email:  Joe@JarLegal.com

6  Attorney for
   Ernest Michael Bakenie

7                UNITED STATES DISTRICT COURT
                CENTRAL DISTRICT OF CALIFORNIA
8                     SANTA ANA DIVISION

| | |
|---|---|
| ERNEST MICHAEL BAKENIE, | CASE NO.: 10-cv-00790-RNB |
| | JUDGE: Hon. Robert N. Block |
| Plaintiff | |
| vs. | STIPULATION TO FILE FIRST AMENDED COMPLAINT |
| JPMORGAN CHASE BANK, N.A.; U.S. BANK, N.A., as trustee for CHASE Mortgage Finance Trust Series 2006-1, DOES 1-100, | COURTROOM: 6<br>DATE: August 17, 2010<br>TIME: 9:30 am |
| Defendants | ACTION FILED: June 7, 2010 |

Now comes Plaintiff ERNEST MICHAEL BAKENIE, by and through his attorney, JOSEPH ARTHUR ROBERTS, and Defendants JPMORGAN CHASE BANK, N.A. and U.S. BANK, N.A., as trustee for CHASE MORTGAGE FINANCE TRUST

1

Series 2006-1, by and through Defendants' attorneys ARDONO, YOSS ALVARADO & SMITH, and STIPULATE as follows:

So as to eliminate the need for a separate motion before the Court, Defendants herein consent to allow Plaintiff to file a FIRST AMENDED COMPLAINT in the above referenced matter prior to the above referenced hearing date.

SO STIPULATED,

_____

Joseph Arthur Roberts [CA156180]

Attorney for Plaintiff

LAW OFFICE OF J. ARTHUR ROBERTS

August 9, 2010

_____

Geoffrey C. Brethen [CA259873]

Attorney for Defendants

ARDONO, YOSS ALVARADO & SMITH

Date: 8/10/10